IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**KARL MORGAN HALL,**  2:15-CV-00294-AC

    **Petitioner,**  ORDER

v.

**STATE OF OREGON,**

    **Respondent.**

**BROWN, Judge.**

    Magistrate Judge John V. Acosta issued Findings and Recommendation (#56) on March 7, 2017, in which he recommends the Court deny Petitioner Karl Morgan Hall's Amended Petition (#21) for Writ of Habeas Corpus and deny a certificate of appealability. Petitioner filed timely Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

This Court has carefully considered Petitioner's Objections and concludes they do not provide a basis to modify the Findings and Recommendation. The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

### CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#56) and, therefore, **DENIES** the Amended Petition (#21) for Writ of Habeas Corpus, **DISMISSES** this matter **with prejudice**, and **DENIES** a certificate of appealability.

IT IS SO ORDERED.

DATED this 4th day of May, 2017.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge